# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAGAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RICHARDSON,<br><br>　　　　Respondent. | No. 2:18-CV-0410-DMC-P<br><br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 15, 2017, Petitioner filed a petition for a writ of habeas corpus in case number 2:17-cv-01924-KJN. The Court in that case issued an order granting Petitioner a stay and abeyance pending the exhaustion of his claims in state court.

　　　　The petition filed in this case, 2:18-cv-0410-JAM-DMC, is largely the same petition filed in case 2:17-cv-01924-KJN. It seems petitioner intended to file this petition in case 2:17-cv-01924-KJN, as a way to inform the court that he had exhausted his claims in state court. See ECF No. 1 at 2 ("This is a notice to inform the courts that all claim have been exhausted in state courts. This case was held in abeyance by the federal Dist. Courts pending the Supreme Courts ruling.").

///

///

1

Therefore, this case (2:18-cv-0410-JAM-DMC) should be reassigned to Magistrate Judge Kendall J. Newman, the Magistrate Judge assigned to Petitioner's original habeas case (2:17-cv-01924-KJN).  <u>See</u> Local Rule 190(d).

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall reassign this case to Magistrate Judge Kendall J. Newman.

Dated:  August 7, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE