UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAGAN,<br><br>    Petitioner,<br><br>    v.<br><br>RICHARDSON,<br><br>    Respondent. | No. 2: 18-cv-0410 JAM KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel. Pending before the court is petitioner's motion to stay this action in order to exhaust an additional claim. (ECF No. 17.) Petitioner's motion to stay is submitted for decision.

Petitioner is not required to await resolution of his motion to stay before returning to state court to properly exhaust his state court remedies. In the event that petitioner exhausts his claim in the California Supreme Court prior to this court's resolution of his request for a stay, petitioner is advised to file a notice of exhaustion in this court.

IT IS SO ORDERED.

Dated: November 8, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rag410.ord

1