UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAGAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RICHARDSON,<br><br>　　　　Respondent. | No. 2: 18-cv-0410 JAM KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In this action, petitioner challenges his 2010 convictions for which he was sentenced to 181 years-to-life. Pending before the court is petitioner's motion to stay this action in order to exhaust an additional claim. (ECF No. 17.) On November 21, 2019, petitioner filed a notice of exhaustion. (ECF No. 35.)

Petitioner is proceeding with another habeas corpus action in this court. 2:17-cv-1924 KJN P, challenging his 2010 convictions. On October 30, 2017, the undersigned stayed 17-cv-1924, pursuant to Rhines v. Weber, 544 U.S. 269 (2005).

Petitioner is directed to file an amended petition in case 17-1924 raising **all** his exhausted claims. See Woods v. Carey, 525 F.3d 886, 888 (9th Cir. 2008) (if a new petition filed while previous petition is pending without a decision, the new petition should be construed as a motion to amend the pending petition). Following receipt of the amended petition in case 17-1924, if

1

appropriate, the undersigned will issue an order in case 17-1924 lifting the stay and directing respondent to file a response to the amended petition.

Because petitioner's claims challenging his 2010 convictions will proceed in case 17-1924, the undersigned orders the instant action closed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, petitioner shall file an amended petition raising **all** his exhausted claims in case 17-1924;
2. Petitioner's motion to stay (ECF No. 17) is denied as moot;
3. The Clerk of the Court is directed to close the instant action.

Dated: December 6, 2019

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rag410.clo

2